Official Form 1 (1/08)

| United States Bankruptcy Court<br>**NORTHERN** DISTRICT OF *ILLINOIS* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Miskell, Timothy* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *4189* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*423 Burlington Ave*<br>*Apt #2*<br>*Clarendon Hills IL*     ZIPCODE *60514* | Street Address of Joint Debtor (No. & Street, City, and State):     ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: *Dupage* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):     ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *NOT APPLICABLE*     ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [ ] 1-49 | [ ] 50-99 | [x] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Official Form 1 (1/08)                                                                                                FORM B1, Page   2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | ***Timothy Miskell*** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
| Location Where Filed: | Case Number: | Date Filed: |
| ***NONE*** | | |
| Location Where Filed: | Case Number: | Date Filed: |
| | | |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
| Name of Debtor: | Case Number: | Date Filed: |
| ***NONE*** | | |
| District: | Relationship: | Judge: |
| | | |

| **Exhibit A** | **Exhibit B** |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** */s/ Richard S. Bass*                                   *02/05/2010* |
| | ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ |
| | Signature of Attorney for Debtor(s)                              Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
(Name of landlord that obtained judgment)

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                                    FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Timothy Miskell* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Timothy Miskell*
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*02/05/2010*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*02/05/2010*
(Date)

### Signature of Attorney*

**X** */s/ Richard S. Bass*
Signature of Attorney for Debtor(s)

*Richard S. Bass 6189009*
Printed Name of Attorney for Debtor(s)

*Law Office of Richard S. Bass, LTD.*
Firm Name

*2021 Midwest Road*
Address

*Oak Brook IL  60521*

*630-953-8655*
Telephone Number

*02/05/2010*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*02/05/2010*
Date

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

FORM B6A (Official Form 6A) (12/07)

In re _Timothy Miskell_____ ,   Case No._____

Debtor(s)   (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re **Timothy Miskell**                                                    ,                    Case No. _____
                    Debtor(s)                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | | $ 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking: National City Bank* <br> *Location: In debtor's possession* | | $ 200.00 |
| | | *Checking: US Bank* <br> *Location: In debtor's possession* | | $ 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goods and furnishings* <br> *Location: In debtor's possession* | | $ 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items books and pictures* <br> *Location: In debtor's possession* | | $ 300.00 |
| 6.  Wearing apparel. | | *Misc used personal clothing* <br> *Location: In debtor's possession* | | $ 600.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance (Term Policy)* <br> *Location: In debtor's possession* | | $ 1.00 |

Page  __1__  of  __3__

In re _Timothy Miskell_ ,                                   Case No. _____
                Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | _State Employee Retirement Plan_ _Location: In debtor's possession_ | | $ 21,473.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _2009 Tax Refund (Subject to 28% set off to ex-wife)_ _Location: Pending_ | | $ 3,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Page __2__ of __3__

In re _Timothy Miskell_ , Case No. _____

Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

Total ➡ $ 26,874.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re  _Timothy Miskell_____ ,    Case No. _____
                    Debtor(s)                                                        (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐  11 U.S.C. § 522(b) (2)
☒  11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash* | *735 ILCS 5/12-1001(b)* | *$ 100.00* | *$ 100.00* |
| *Checking: National City Bank* | *735 ILCS 5/12-1001(b)* | *$ 0.00* | *$ 200.00* |
| *Checking: US Bank* | *735 ILCS 5/12-1001(b)* | *$ 200.00* | *$ 200.00* |
| *Misc used household goods and furnishings* | *735 ILCS 5/12-1001(b)* | *$ 1,000.00* | *$ 1,000.00* |
| *Misc used personal items books and pictures* | *735 ILCS 5/12-1001(a)* | *$ 300.00* | *$ 300.00* |
| *Misc used personal clothing* | *735 ILCS 5/12-1001(a)* | *$ 600.00* | *$ 600.00* |
| *Life Insurance (Term Policy)* | *735 ILCS 5/12-1001(f)* | *$ 1.00* | *$ 1.00* |
| *2009 Tax Refund* | *735 ILCS 5/12-1001(b)* | *$ 2,700.00* | *$ 3,000.00* |

B6D (Official Form 6D) (12/07)

In re _Timothy Miskell_____,    Case No._____
                    **Debtor(s)**                                                                                           **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | | |
| | | Value: | | | | | | |
| Account No: | | | | | | | | |
| | | Value: | | | | | | |
| Account No: | | | | | | | | |
| | | Value: | | | | | | |
| No continuation sheets attached | | | | Subtotal $ <br> (Total of this page) | | | $ 0.00 | $ 0.00 |
| | | | | Total $ <br> (Use only on last page) | | | $ 0.00 | $ 0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re  Timothy Miskell _____ ,    Case No._____
                                    **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   **continuation sheets attached**

**Official Form 6E (12/07) - Cont.**

In re _Timothy Miskell_____ ,          Case No._____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  _Domestic Support Obligations_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| Account No: *Creditor # : 1* *Illinois Dept of Child Support* *Attn: Bankruptcy DEpt* *509 S. Sixth St    Floor 6* *Springfield IL 62701* | | *2006* *Notice to State Agency* *Notice to state agency* | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: *Creditor # : 2* *Linnea Nelson* *4812 Clover St* *Plainfield IL 60586* | | *2006* *Notice to Support Recipient* *Notice to child support recipient* | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | | |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 0.00 | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 0.00    0.00 |

B6F (Official Form 6F) (12/07)

In re _Timothy Miskell_____,        Case No._____
        **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| *Creditor # : 1* *Addison Fire Protection Dist* *Attn:  Collections* *PO BOX  88850* *Carol Stream IL 60188* | | | *2003-2009* *Medical Bills* | | | | *$ 1,100.00* |
| Account No: | | | | | | | |
| *Creditor # : 2* *Adventist Hinsdale Hospital* *Attn:  Patient Accts* *120 N. Oak St* *Hinsdale IL 60521* | | | *2003-2009* *Medical Bills* | | | | *$ 1,369.00* |
| Account No: | | | | | | | |
| *Creditor # : 3* *Advocate Good Samaritan Hosp* *Attn:  Patient Accounts* *3815 Highland Ave* *Downers Grove IL 60515* | | | *2003-2009* *Medical Bills* | | | | *$ 9,626.00* |
| Account No: | | | | | | | |
| *Creditor # : 4* *Advocate Illinois Masonic Ctr* *Attn:  Patient Accounts* *836 W. Wellington Ave* *Chicago IL 60657* | | | *2003-2009* *Medical Bills* | | | | *$ 30,929.00* |

_22_ continuation sheets attached

Subtotal $     $ 43,024.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,   Case No._____
　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 5<br>Albert C Song MD<br>Attn:  Patient Accts<br>333 Madison<br>Joliet IL 60435 | | | 2003-2009<br>Medical Bills | | | | $ 312.00 |
| Account No:<br>Creditor # : 6<br>Alexandria Prisco MA<br>Attn:  Patient Accts<br>1520 Rock Run Dr<br>Crest Hill IL 60403 | | | 2003-2009<br>Medical Bills | | | | $ 153.00 |
| Account No:<br>Creditor # : 7<br>Ali M Mohiuddin MD<br>Attn:  Patient Accts<br>257 N. Schmidt Rd<br>Bolingbrook IL 60440 | | | 2003-2009<br>Medical Bills | | | | $ 109.00 |
| Account No:<br>Creditor # : 8<br>Ami Shah DDS<br>Attn:  Patient Accts<br>968 Brook Forest Ave<br>Shorewood IL 60436 | | | 2003-2009<br>Medical Bills | | | | $ 847.00 |
| Account No:   7548<br>Creditor # : 9<br>Arnold Scott Harris, P.C.<br>RE:  City of Chicago<br>600 W. Jackson Blvd, #450<br>Chicago IL 60661 | | | 2003-2009<br>Collection | | | | $ 100.00 |
| Account No:   1390<br>Creditor # : 10<br>Asset Acceptance LLC<br>RE:  Target<br>PO BOX  2036<br>Warren MI 48090-2036 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |

Sheet No.  _1_ of  _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $　　　$ 1,521.00

Total $

(Use only on last page of the completed Schedule F. Report also on the Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,   Case No._____
          **Debtor(s)**                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 11 <br> Associated Pathology Cons <br> Attn:  Patient Accts <br> 801 S. Washington St <br> Naperville IL 60540 | | | *2003-2009* <br> *Medical Bills* | | | | $ 345.00 |
| Account No:    0771 <br> Creditor # : 12 <br> Associated Recovery System <br> RE:  Capital One <br> PO BOX  469046 <br> Escondido CA 92046-0765 | | | *2003-2009* <br> *Notice to Collector* | | | | $ 0.00 |
| Account No:    3689 <br> Creditor # : 13 <br> Associated Recovery System <br> RE:  Target <br> PO BOX  469046 <br> Escondido CA 92046-0765 | | | *2003-2009* <br> *Notice to Collector* | | | | $ 0.00 |
| Account No: <br> Creditor # : 14 <br> Berwyn Emergency Physicians <br> Attn:  PAtient Accts <br> 75 Remittance Dr  #1209 <br> Chicago IL 60675 | | | *2003-2009* <br> *Medical Bills* | | | | $ 235.00 |
| Account No: <br> Creditor # : 15 <br> Blatt Hasenmiller Leibsker et <br> RE:  HSBC Nevada <br> 125 S. Wacker Dr  #400 <br> Chicago IL 60606-4440 | | | *2007* <br> *Lawsuit* <br> *Case No  2007 SR  000025* | | | | $ 5,563.00 |
| Account No: <br> Creditor # : 16 <br> Bolingbrook Healthcare Assoc <br> Attn:  PAtient Accts <br> 391 Quadrangle Drive,  #N-7 <br> Bolingbrook IL 60440 | | | *2003-2009* <br> *Medical Bills* | | | | $ 161.00 |

Sheet No. _2_ of _22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               **Subtotal $**        $ 6,304.00

               **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_ ,                                              Case No._____
            **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 17 <br> Brian D Smith MD <br> Attn:  Patient Accts <br> 950 N York Rd <br> Hinsdale IL 60521 | | | 2003-2009 <br> Medical Bills | | | | $ 298.00 |
| Account No: <br> Creditor # : 18 <br> Brian Del Carlo DDS <br> Attn:  Patien Accts <br> 1043 Curtiss <br> Downers Grove IL 60515 | | | 2003-2009 <br> Dental Bills | | | | $ 403.00 |
| Account No:   5279 <br> Creditor # : 19 <br> Capital One <br> Attn:  Bankruptcy Dept <br> P.O. BOX  5155 <br> Norcross GA 30091 | | | 2003-2009 <br> Credit Card Purchases | | | | $ 907.00 |
| Account No:   1702 <br> Creditor # : 20 <br> Carmel Financial Corp <br> Attn:  Bankruptcy Dept <br> PO Box 1127 <br> Carmel IN 46082-1127 | | | 2003-2009 <br> Collection | | | | $ 3,373.00 |
| Account No: <br> Creditor # : 21 <br> Center for Surgery <br> Attn:  Patient Accts <br> 475 E. Diehl Rd <br> Naperville IL 60563 | | | 2003-2009 <br> Medical Bills | | | | $ 85.00 |
| Account No:   2511 <br> Creditor # : 22 <br> Central Credit Services Inc. <br> RE:  Nuvell National Auto <br> PO BOX  15118 <br> Jacksonville FL 32239 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |

Sheet No. _3_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 5,066.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Timothy Miskell_____,     Case No._____
                                   **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 23 <br> Charles H Spencer <br> Attn:  PAtient Accts <br> 4440 W 95th St <br> Oak Lawn IL 60453 | | | 2003-2009 <br> Medical Bills | | | | $ 267.00 |
| Account No:    0629 <br> Creditor # : 24 <br> Chase <br> Attn:  Bankruptcy Dept <br> PO BOX  15298 <br> Wilmington DE 19850-5298 | | | 2003-2009 <br> Credit Card Purchases | | | | $ 5,062.00 |
| Account No: <br> Creditor # : 25 <br> Childrens Surgical Foundation <br> Attn:  Patient Accts <br> 35422 Eagle Way <br> Chicago IL 60678 | | | 2003-2009 <br> Medical Bills | | | | $ 59.00 |
| Account No:    655 <br> Creditor # : 26 <br> Christopher Sinnappan  MD <br> Attn:  Patient Accts <br> 1460 Bond St <br> Naperville IL 60563 | | | 2003-2009 <br> Medical Bills | | | | $ 0.00 |
| Account No:    4465 <br> Creditor # : 27 <br> CIT Bank/Dell Financial Ser <br> Attn:  Bankruptyc Dept <br> 12234 N IH 35 SB, Bldg B <br> Austin TX 78753 | | | 2003-2009 <br> Credit Account | | | | $ 1,465.00 |
| Account No: <br> Creditor # : 28 <br> City of Joliet <br> Attn:  Collections <br> 150 W. Jefferson St <br> Joliet IL 60432 | | | 2003-2009 <br> Collection | | | | $ 161.00 |

Sheet No.   4  of    22  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 7,014.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____ ,   Case No._____
        **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 29<br>City of Naperville<br>Attn:  Collection Dept<br>400 S. Eagle St<br>Naperville IL 60540 | | | 2003-2009<br>Collection | | | | $ 300.00 |
| Account No:   2822<br>Creditor # : 30<br>Comcast<br>Attn:  Bankruptcy Dept<br>1711 E. Wilson St<br>Batavia IL 60510-1470 | | | 2003-2009<br>Cable Television | | | | $ 205.00 |
| Account No:<br>Creditor # : 31<br>Corwin Medical Care LTD<br>Attn:  Patient Accts<br>15722 S Route 59, Bldg142<br>Plainfield IL 60544 | | | 2003-2009<br>Medical Bills | | | | $ 103.00 |
| Account No:   3349<br>Creditor # : 32<br>Credit Protection Assoc<br>RE:  COMCAST<br>13355 Noel Rd, Suite 2100<br>Dallas TX 75240 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 33<br>Daniel D Magdziarz MD<br>Attn:  Patient Accts<br>333 Madison St<br>Joliet IL 60435 | | | 2003-2009<br>Medical Bills | | | | $ 108.00 |
| Account No:<br>Creditor # : 34<br>Darin E. Jordan MD<br>Attn:  Patient Accts<br>PO BOX  7003<br>Bolingbrook IL 60440 | | | 2003-2009<br>Medical Bills | | | | $ 64.00 |

Sheet No.   5  of   22  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 780.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,   Case No._____
         **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 35<br>David L. Mayor MD<br>Attn:  Patient Accts<br>39182 Treasury Ctr<br>Chicago IL 60694 | | | 2003-2009<br>Medical Bills | | | | $ 134.00 |
| Account No:<br>Creditor # : 36<br>David Labotka MD<br>Attn:  Patient Accts<br>3742 Highland Ave<br>Downers Grove IL 60515 | | | 2003-2009<br>Medical Bills | | | | $ 165.00 |
| Account No:    2999<br>Creditor # : 37<br>Discover Card<br>Attn:  Bankruptcy Dept<br>PO BOX  30943<br>Salt Lake City UT 84130 | | | 2003-2009<br>Credit Card Purchases | | | | $ 6,437.00 |
| Account No:<br>Creditor # : 38<br>Downers Grove Fire Dept<br>Attn:  Collections<br>PO BOX  457<br>Wheeling IL 60090 | | | 2003-2009<br>Collection | | | | $ 650.00 |
| Account No:<br>Creditor # : 39<br>Dr. Aisha M. Jaleel MD<br>Attn:  Patient Accts<br>1252 E. Ogden Ace<br>Downers Grove IL 60515 | | | 2003-2009<br>Medical Bills | | | | $ 53.00 |
| Account No:<br>Creditor # : 40<br>Dr. Ann Surdich Pitra OD<br>Attn:  Patient Accts<br>1000 E. Ogden Ave<br>Naperville IL 60563 | | | 2003-2009<br>Medical Bills | | | | $ 76.00 |

Sheet No. _6_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** $ 7,515.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,      Case No._____
        **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 41<br>DuPage County Health Dept<br>Attn:  Collections<br>111 N County Farm Rd<br>Wheaton IL 60187 | | | 2003-2009<br>Medical Bills | | | | $ 3,500.00 |
| Account No:<br>Creditor # : 42<br>DuPage Emergency Physicians<br>Attn:  Patient Accts<br>PO BOX  366<br>Hinsdale IL 60522 | | | 2003-2009<br>Medical Bills | | | | $ 520.00 |
| Account No:<br>Creditor # : 43<br>DuPage Medical Group<br>Attn:  Patient Accts<br>1860 Paysphere Circle<br>Chicago IL 60674 | | | 2003-2009<br>Medical Bills | | | | $ 455.00 |
| Account No:<br>Creditor # : 44<br>EM Strategies LTD<br>Attn:  Bankruptcy Dept<br>1111 E Warrenville Rd<br>Naperville IL 60563 | | | 2003-2009<br>Medical Bills | | | | $ 387.00 |
| Account No:<br>Creditor # : 45<br>Estelle S. Fletcher MD<br>Attn:  Patient Accts<br>99 129th Infantry Dr<br>Joliet IL 60435 | | | 2003-2009<br>Medical Bills | | | | $ 82.00 |
| Account No:<br>Creditor # : 46<br>Eugene M Villa MD<br>Attn:  Patient Accts<br>836 W Wellington Ave<br>Chicago IL 60657 | | | 2003-2009<br>Medical Bills | | | | $ 188.00 |

Sheet No.  7  of   22  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 5,132.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_ _____ ,        Case No. _____
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    *118<br>Creditor # : 47<br>Farwell Real Estate Inc.<br>Attn:  Collections<br>8 W Campbell St, 2nd FL<br>Arlington Height IL 60005 | | | 2003-2009<br>Arreage on Rent | | | | $ 697.00 |
| Account No:   5381<br>Creditor # : 48<br>Financial Recovery Systems<br>Acct: Erin Capital Mgmt<br>PO Box 385908<br>Minneapolis MN 55438-5908 | | | 2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 49<br>Fred J. Rothenberger MD<br>Attn:  Patient Accts<br>5101 Willow Springs Rd<br>La Grange IL 60525 | | | 2003-2009<br>Medical Bills | | | | $ 79.00 |
| Account No:   7745<br>Creditor # : 50<br>Gerber Collision & Glass<br>Attn:  Collections<br>500 W Lake Street<br>Elmhurst IL 60126 | | | 2003-2009<br>Collection | | | | $ 195.00 |
| Account No:<br>Creditor # : 51<br>Glenn Scheive DDS<br>Attn:  Patient Accts<br>1011 W Jefferson St<br>Joliet IL 60435 | | | 2003-2009<br>Dental Bills | | | | $ 432.00 |
| Account No:<br>Creditor # : 52<br>Harry Chiles & Assoc<br>RE:  State Farm (Hunt-Mobley)<br>1737 S. Naperville Rd,  #207<br>Wheaton IL 60189-5894 | | | 2009<br>Auto Accident<br>Case No  2009 SR 001354 | | | | $ 9,034.00 |

Sheet No.  8  of   22  continuation sheets attached to Schedule of        Subtotal $          $ 10,437.00
Creditors Holding Unsecured Nonpriority Claims                            Total $
                                                                (Use only on last page of the completed Schedule F. Report also on Summary of
                                                          Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,   Case No._____
**Debtor(s)**                                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 53 <br> Henry C. Echiverri MD <br> Attn:  Patient Accts <br> 3 S 517 Winfield Rd <br> Warrenville IL 60555 | | | 2003-2009 <br> Medical Bills | | | | $ 92.00 |
| Account No: <br> Creditor # : 54 <br> Howard C Duncan  MD <br> Attn:  Patient Accts <br> 25 W Winfield Rd <br> Winfield IL 60190 | | | 2003-2009 <br> Medical Bills | | | | $ 183.00 |
| Account No: <br> Creditor # : 55 <br> Ignite Your Faith <br> Attn:  collections <br> PO BOX  37020 <br> Boone IA 50037-0020 | | | 2003-2009 <br> Subscriptions | | | | $ 20.00 |
| Account No: <br> Creditor # : 56 <br> IL Dept of Healthcare Assoc <br> Attn:  Patient Accts <br> 99 129th Infantry Dr <br> Joliet IL 60435 | | | 2003-2009 <br> Medical Bills | | | | $ 3,871.00 |
| Account No: <br> Creditor # : 57 <br> James Babiuk DDS <br> Attn:  Patient Accts <br> 3209 Fiday Rd <br> Joliet IL 60431 | | | 2003-2009 <br> Dental Bills | | | | $ 1,947.00 |
| Account No: <br> Creditor # : 58 <br> Javier M Ramirez DDS <br> Attn:  Patient Accts <br> 850 Brook Forest <br> Shorewood IL 60436 | | | 2003-2009 <br> Dental Bills | | | | $ 213.00 |

Sheet No. _9_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 6,326.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,    Case No._____
         **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 59 <br> Joseph W Russell  DO <br> Attn:  Patient Accts <br> 24600 W 127th St <br> Plainfield IL 60585 | | | 2003-2009 <br> Medical Bills | | | | $ 189.00 |
| Account No: <br> Creditor # : 60 <br> Kathleen A Kaiser  MSW <br> Attn:  Patient Accts <br> 1150 W Jefferson St <br> Joliet IL 60435 | | | 2003-2009 <br> Medical Bills | | | | $ 180.00 |
| Account No: <br> Creditor # : 61 <br> Kathryn Kennedy DDS <br> Attn:  Patient Accts <br> 331 W 63rd St <br> Westmont IL 60559 | | | 2003-2009 <br> Dental Bills | | | | $ 286.00 |
| Account No: <br> Creditor # : 62 <br> Kathy M Gruzalski MD <br> Attn:  Patient Accts <br> 3743 Highland Ave <br> Downers Grove IL 60515 | | | 2003-2009 <br> Medical Bills | | | | $ 109.00 |
| Account No: <br> Creditor # : 63 <br> Kevin D Gallagher  DDS <br> Attn:  Patient Accts <br> 15515 S Route 59 <br> Plainfield IL 60544 | | | 2003-2009 <br> Dental Bills | | | | $ 102.00 |
| Account No:    1792 <br> Creditor # : 64 <br> Kuhn,Mitchell,Moss, Mork et al <br> Attn:  Bankruptcy Dept <br> PO BOX  359 <br> Naperville IL 60566-0359 | | | 2003-2009 <br> Legal Fees | | | | $ 270.00 |

Sheet No. _10_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,136.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____ ,         Case No._____
               **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 65 <br> La Rabida Children's Hospital <br> Attn:  Patient Accounts <br> 6501 S. Promontory Dr <br> Chicago IL 60649 | | | 2003-2009 <br> Medical Bills | | | | $ 377.00 |
| Account No: <br> Creditor # : 66 <br> Laboratory & Pathology Diagnos <br> Attn:  Patient Accounts <br> Dept. 4387 <br> Carol Stream IL 60122-0001 | | | 2003-2009 <br> Medical Bills | | | | $ 75.00 |
| Account No: <br> Creditor # : 67 <br> Law Office Christopher Carroll <br> 31 W. Downer Place <br> Suite 408 <br> Aurora IL 60506 | | | 2006 <br> Attorney Fees | | | | $ 3,000.00 |
| Account No:    4798 <br> Creditor # : 68 <br> Law Offices Elizabeth Krueger <br> Attn:  Bankrutcy Dept <br> 305 Naperville Rd <br> Wheaton IL 60187 | | | 2003-2009 <br> Legal Fees | | | | $ 800.00 |
| Account No: <br> Creditor # : 69 <br> Leonard S Piazza MD <br> Attn:  PAtient Accts <br> 10 W Martin Ave <br> Naperville IL 60540 | | | 2003-2009 <br> Medical Bills | | | | $ 1,306.00 |
| Account No: <br> Creditor # : 70 <br> Linden Oaks Medical Group <br> Attn:  PAtient Accts <br> 801 S Washington St <br> Naperville IL 60540 | | | 2003-2009 <br> Medical Bills | | | | $ 24,610.00 |

Sheet No.   11  of   22  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 30,168.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,   Case No._____
           **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 71 Lisa Coburn MSW Attn: Patient Accts 501 Ella Ave Joliet IL 60435 | | | 2003-2009 Medical Bills | | | | $ 70.00 |
| Account No: Creditor # : 72 Loyola Univ Phyisician Fdn Attn: Patient Accts 2160 S. First Ave  Bldg 105 Maywood IL 60153 | | | 2003-2009 Medical Bills | | | | $ 702.00 |
| Account No: Creditor # : 73 M&M Orthopedics Attn:   Patient Accts 4115 Fairview Ave Downers Grove IL 60515 | | | 2003-2009 Medical Bills | | | | $ 1,097.00 |
| Account No: Creditor # : 74 MacNeal Emergency Physicians Attn:  Patient Accts 3429 Oak Park Ave Berwyn IL 60402 | | | 2003-2009 Medical Bills | | | | $ 379.00 |
| Account No: Creditor # : 75 MacNeal Hospital Attn: Patient Accts 3429 Oak Park Ave Berwyn IL 60402 | | | 2003-2009 Medical Bills | | | | $ 788.00 |
| Account No: Creditor # : 76 Maleeha A Ahsan MD Attn:  Patient Accts 1341 Warren Ave Downers Grove IL 60515 | | | 2003-2009 Medical Bills | | | | $ 425.00 |

Sheet No. __12__ of __22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 3,461.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,                     Case No._____
            **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 77<br>Marek Rudnicki MD<br>Attn:  Patient Accts<br>3000 N. Halsted St   #500<br>Chicago IL 60657 | | | 2003-2009<br>Medical Bills | | | | $ 97.00 |
| Account No:<br>Creditor # : 78<br>Maria Stewart, Psyd<br>Attn:  Patient Accts<br>1047 S York Rd<br>Elmhurst IL 60126 | | | 2003-2009<br>Medical Bills | | | | $ 900.00 |
| Account No:<br>Creditor # : 79<br>MarionJoy Rehab Hospital<br>Attn:  Patient Accts<br>5602 Eagle Way<br>Chicago IL 60678 | | | 2003-2009<br>Medical Bills | | | | $ 250.00 |
| Account No:<br>Creditor # : 80<br>Mark R. Ottolin MD<br>Attn:  Patient Accts<br>100 Spalding Dr<br>Naperville IL 60540 | | | 2003-2009<br>Medical Bills | | | | $ 87.00 |
| Account No:<br>Creditor # : 81<br>MCDonough Distr Hosp ER<br>Attn:  Patient Accts<br>525 E Grant St<br>Macomb IL 61455 | | | 2003-2009<br>Medical Bills | | | | $ 356.00 |
| Account No:<br>Creditor # : 82<br>Michael J. Steinken MD<br>Attn:  Patient Accts<br>3743 Highland Ave<br>Downers Grove IL 60515 | | | 2003-2009<br>Medical Bills | | | | $ 136.00 |

Sheet No. _13_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 1,826.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____ ,            Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 83<br>Michael M Gelbort PHD<br>Attn:  Patient Accts<br>2714 Caton Farm Rd<br>Joliet IL 60435 | | | 2003-2009<br>Medical Bills | | | | $ 4,150.00 |
| Account No:<br>Creditor # : 84<br>Michael M. Boettcher MD<br>Attn:  Patient Accts<br>1860 Paysphere Circle<br>Chicago IL 60674 | | | 2003-2009<br>Medical Bills | | | | $ 101.00 |
| Account No:   0382<br>Creditor # : 85<br>Midstate Collection Solutions<br>RE:  Naperville Towing<br>PO BOX  3292<br>Champaign IL 61826-3292 | | | 2003-2009<br>Collection | | | | $ 1,586.00 |
| Account No:<br>Creditor # : 86<br>Midwest Diagnostic Pathology<br>Attn:  Patient Accts<br>75 Remittance Dr, #3070<br>Chicago IL 60675-3070 | | | 2003-2009<br>Medical Bills | | | | $ 470.00 |
| Account No:<br>Creditor # : 87<br>Midwest Heart Specialists<br>Attn:  Patient Accts<br>1919 S. Highland Ave, #118 C<br>Lombard IL 60148 | | | 2003-2009<br>Medical Bills | | | | $ 181.00 |
| Account No:<br>Creditor # : 88<br>Mohammed Z Sait MD<br>Attn:  Patient Accts<br>2340 S Highland<br>Lombard IL 60148 | | | 2003-2009<br>Medical Bills | | | | $ 252.00 |

Sheet No. __14__ of __22__ continuation sheets attached to Schedule of                    **Subtotal $**      $ 6,740.00
Creditors Holding Unsecured Nonpriority Claims

                                                                                            **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,   Case No._____
            **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 89<br>Naperville Ear, Nose & Throat<br>Attn:  Patient Accounts<br>10 W Martin Ave, Ste 260<br>Naperville IL 60540-6547 | | | 2003-2009<br>Medical Bills | | | | $ 84.00 |
| Account No:<br>Creditor # : 90<br>Naperville Psychiatric<br>Attn:  Patient Accts<br>801 S Washington St<br>Naperville IL 60540 | | | 2003-2009<br>Medical Bills | | | | $ 4,055.00 |
| Account No:<br>Creditor # : 91<br>Naperville Radiologist<br>Attn:  Patient Accts<br>801 S Washington St<br>Naperville IL 60540 | | | 2003-2009<br>Medical Bills | | | | $ 81.00 |
| Account No:    0102<br>Creditor # : 92<br>National Credit Audit Corp<br>RE:  Ignite Your Faith<br>8512 Allen Rd<br>Peoria IL 61615 | | | 2003-2009<br>Notice to Collector | | | | $ 20.00 |
| Account No:<br>Creditor # : 93<br>Neurological Care Specialists<br>Attn:  Patient Accts<br>333 Chestnut St,  #102<br>Hinsdale IL 60521 | | | 2003-2009<br>Medical Bills | | | | $ 58.00 |
| Account No:    4978<br>Creditor # : 94<br>North Shore Agency<br>RE:  Outdoor Photographer<br>751 Summa Ave<br>Westbury NY 11590 | | | 2003-2009<br>Collection | | | | $ 15.00 |

Sheet No. _15_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 4,313.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re  *Timothy Miskell*                                                                ,              Case No._____
**Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 95 <br> Nuvell Credit Corp <br> Attn:  Bankruptcy Dept <br> PO BOX  7100 <br> Little Rock AR 72223-7100 | | | *2009* <br> *Notice to Other Location* | | | | $ 0.00 |
| Account No:    2511 <br> Creditor # : 96 <br> Nuvell Financial <br> Attn Bankruptcy Dept <br> PO Box 2365 <br> Memphis  TN 38101-2365 | | | *2003-2009* <br> *Deficiency on vehicle* | | | | $ 7,653.00 |
| Account No:    4465 <br> Creditor # : 97 <br> Oxford Management Services <br> RE:  Dell Financial <br> CS 9018 <br> Melville NY 11747 | | | *2003-2009* <br> *Notice to Collector* | | | | $ 0.00 |
| Account No: <br> Creditor # : 98 <br> Paul A Lukawski  DDS <br> Attn:  Patient Accts <br> 23959 W Renwick Rd <br> Plainfield IL 60544 | | | *2003-2009* <br> *Dental Bills* | | | | $ 1,387.00 |
| Account No: <br> Creditor # : 99 <br> Paul A. Freier MD <br> Attn:  Patient Accts <br> 11 Salt Creek Lane <br> Hinsdale IL 60521 | | | *2003-2009* <br> *Medical Bills* | | | | $ 50.00 |
| Account No: <br> Creditor # : 100 <br> Paula Green  MD <br> Attn:  Patient Accts <br> 3 Erie Court <br> Oak Park IL 60302 | | | *2003-2009* <br> *Medical Bills* | | | | $ 354.00 |

Sheet No.   *16*  of    *22*  continuation sheets attached to Schedule of                                                     **Subtotal $**          $ 9,444.00
Creditors Holding Unsecured Nonpriority Claims

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,   Case No._____
            **Debtor(s)**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 101 <br> Paulette C Trumm MD <br> Attn:  Patient Accts <br> 210 N Hammes Ave <br> Joliet IL 60435 | | | 2003-2009 <br> Medical Bills | | | | $ 190.00 |
| Account No: <br> Creditor # : 102 <br> Peter D Analytis MD <br> Attn:  Patient Accts <br> 801 N Larkin Ave <br> Joliet IL 60435 | | | 2003-2009 <br> Medical Bills | | | | $ 123.00 |
| Account No: <br> Creditor # : 103 <br> Philip S. Leung MD <br> Attn:  Patient Accts <br> 903 129th Infantry Dr <br> Joliet IL 60435 | | | 2003-2009 <br> Medical Bills | | | | $ 67.00 |
| Account No:    0209 <br> Creditor # : 104 <br> Playboy Magazine <br> PO Box 2007 <br> Harlan IA 51593-0222 | | | 2009 <br> Subscriptions | | | | $ 16.00 |
| Account No: <br> Creditor # : 105 <br> Prairie Dental LTD <br> Attn:  Patient Accts <br> 23959 W Renwick Rd,   #B <br> Plainfield IL 60586 | | | 2003-2009 <br> Medical Bills | | | | $ 82.00 |
| Account No: <br> Creditor # : 106 <br> Prairie Emergency Phys <br> Attn:  Bankruptcy Dept <br> PO BOX  189016 <br> Plantation  FL 33318-9016 | | | 2003-2009 <br> Medical Bills | | | | $ 450.00 |

Sheet No. _17_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 928.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Timothy Miskell_____,    Case No. _____
**Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 107<br>Provena Health<br>Attn:  Patient Accounts<br>1325 N. Highland Ave<br>Aurora IL 60506 | | | 2003-2009<br>Medical Bills | | | | $ 100.00 |
| Account No:<br>Creditor # : 108<br>Provena St. Joseph Med Ctr<br>Attn:   Patient Accts<br>333 N. Madison St<br>Joliet IL 60435-6595 | | | 2003-2009<br>Medical Bills | | | | $ 22,337.00 |
| Account No:<br>Creditor # : 109<br>Quest Diagnostic<br>Attn:  Patient Billing<br>1355 Mittel Blvd<br>Wood Dale IL 60191-1024 | | | 2003-2009<br>Medical Bills | | | | $ 553.00 |
| Account No:<br>Creditor # : 110<br>Radiologists of DuPage SC<br>Attn:  Patient Accts<br>520 E. 22nd Street<br>Lombard IL 60148 | | | 2003-2009<br>Medical Bills | | | | $ 53.00 |
| Account No:<br>Creditor # : 111<br>Riaz A. Baber, MD, SC<br>Attn:  Patient Accts<br>PO BOX  1446<br>Aurora IL 60507 | | | 2003-2009<br>Medical Bills | | | | $ 610.00 |
| Account No:<br>Creditor # : 112<br>Riverside Psychiatric&Counsel<br>Attn:  Patient Accts<br>1341 Warren Ave<br>Downers Grove IL 60515 | | | 2003-2009<br>Medical Bills | | | | $ 250.00 |

Sheet No. __18__ of __22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 23,903.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,   Case No._____
         **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 113 Satish Patel MD Attn:  Patient Accts PO BOX  7003 Bolingbrook IL 60440 | | | 2003-2009 Medical Bills | | | | $ 144.00 |
| Account No:    0629 Creditor # : 114 Shindler Law RE:  Erin Capital Management 1990 E. Algonquin Rd, #180 Schaumburg IL 60173 | | | 2003-2009 Notice to Collector | | | | $ 0.00 |
| Account No: Creditor # : 115 Silver Cross Hospital Attn:  Patient Accounts 1200 Maple Road Joliet IL 60432 | | | 2003-2009 Medical Bills | | | | $ 1,684.00 |
| Account No: Creditor # : 116 Smith Perry Eye Center Attn:  Patient Accts 950 N York Rd Hinsdale IL 60521 | | | 2003-2009 Medical Bills | | | | $ 402.00 |
| Account No: Creditor # : 117 Stephen Steinmetz OD Attn:  Patient Accts 1000 E. Ogden Ave Naperville IL 60563 | | | 2003-2009 Medical Bills | | | | $ 170.00 |
| Account No: Creditor # : 118 Steve N. Vulich MD Attn:  Patient Accts 333 Madison Joliet IL 60432 | | | 2003-2009 Medical Bills | | | | $ 76.00 |

Sheet No. _19_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 2,476.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,      Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 119 <br> Sujal Panchel MD <br> Attn: Patient Accts <br> 1106 Neal Ave <br> Joliet IL 60433 | | | 2003-2009 <br> Medical Bills | | | | $ 50.00 |
| Account No:   6158 <br> Creditor # : 120 <br> Sunrise Credit Services, Inc. <br> RE: Playboy <br> 260 Airport Plaza <br> Farmingdale NY 11735 | | | 2003-2009 <br> Collection | | | | $ 16.00 |
| Account No: <br> Creditor # : 121 <br> Superior Air Ground Ambulance <br> Attn: Patient Accts <br> 395 W Lake St <br> Elmhurst IL 60126 | | | 2003-2009 <br> Medical Bills | | | | $ 1,071.00 |
| Account No: <br> Creditor # : 122 <br> Surbhi P Shah MD <br> Attn: Patient Accts <br> 181 Fernwood Dr <br> Bolingbrook IL 60440 | | | 2003-2009 <br> Medical Bills | | | | $ 805.00 |
| Account No:   1390 <br> Creditor # : 123 <br> Target Financial Services <br> Attn: Bankruptcy Dept <br> Mail Stop 3C-K, PO BOX  9475 <br> Minneapolis MN 55440 | | | 2003-2009 <br> Credit Card Purchases | | | | $ 529.00 |
| Account No: <br> Creditor # : 124 <br> Tehming Liang MD  PHD <br> Attn: Patient Accts <br> 580 E Boughton  #A <br> Bolingbrook IL 60440 | | | 2003-2009 <br> Medical Bills | | | | $ 398.00 |

Sheet No.   20   of    22  continuation sheets attached to Schedule of                    **Subtotal $**      $ 2,869.00
Creditors Holding Unsecured Nonpriority Claims                                            **Total $**
                                                                (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Timothy Miskell_____,    Case No._____
    **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    6067 Creditor # : 125 The Billing Center RE:  Fortune PO BOX  60001 Tampa FL 33660-0001 | | | 2003-2009 Subscriptions | | | | $ 30.00 |
| Account No: Creditor # : 126 The C.O.S. Joliet Inc. Attn:  Patient Accts 3209 Fiday Rd Joliet IL 60431 | | | 2003-2009 Medical Bills | | | | $ 109.00 |
| Account No: Creditor # : 127 Thomas Lambert Attn:  Patient Accts 525 S Washington St Naperville IL 60540 | | | 2003-2009 Medical Bills | | | | $ 190.00 |
| Account No: Creditor # : 128 Troy Fire Protection District Attn:  Collections 107 W Jefferson St Shorewood IL 60431 | | | 2003-2009 Medical Bills | | | | $ 461.00 |
| Account No:    7044 Creditor # : 129 Union Plus AFSCME Attn:  Bankruptcy Dept PO BOX  80027 Salinas CA 93912-0027 | | | 2003-2009 Credit Card Purchases | | | | $ 5,979.00 |
| Account No: Creditor # : 130 Village Clarendon Hills Fire Attn:  Collections One North Prospect Clarendon Hills IL 60514 | | | 2003-2009 Medical Bills | | | | $ 609.00 |

Sheet No. _21_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 7,378.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Timothy Miskell_____,     Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 131 <br> Wajid A Khan MD <br> Attn:  Patient Accts <br> 200 N. Hammes <br> Joliet IL 60435 | | | 2003-2009 <br> Medical Bills | | | | $ 135.00 |
| Account No: <br> Creditor # : 132 <br> Will County Comm Health Ct <br> Attn:  Collections <br> 501 Ella <br> Joliet IL 60433 | | | 2003-2009 <br> Medical Bills | | | | $ 173.00 |
| Account No: <br> Creditor # : 133 <br> Wish Holdings/Trauma One <br> Attn:  Patient Accts <br> 2801 Finley Rd  #220 <br> Downers Grove IL 60515 | | | 2003-2009 <br> Medical Bills | | | | $ 159.00 |
| Account No: <br> Creditor # : 134 <br> Woodridge Clinic <br> Attn:  Patient Accts <br> 7530 Woodward Ave  #A <br> Woodridge IL 60517 | | | 2003-2009 <br> Medical Bills | | | | $ 70.00 |
| Account No: <br> Creditor # : 135 <br> York ENT Surgical Consultants <br> Attn:  Patient Accts <br> 950 York Rd <br> Hinsdale IL 60521 | | | 2003-2009 <br> Medical Bills | | | | $ 59.00 |
| Account No: <br> Creditor # : 136 <br> Zewdu Haile MD <br> Attn:  Patient Accts <br> 135 N Oak St <br> Hinsdale IL 60521 | | | 2003-2009 <br> Medical Bills | | | | $ 239.00 |

Sheet No. _22_ of ___22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 835.00

**Total $**     $ 188,596.00

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re __Timothy Miskell_____ / Debtor        Case No. _____
                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re  *Timothy Miskell* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re _Timothy Miskell_____ ,     Case No. _____
               **Debtor(s)**                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **_Divorced_** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **_Mental Health Assoc_** | |
| Name of Employer | **_State of Illinois_** | |
| How Long Employed | **_17 yrs_** | |
| Address of Employer | **_Madden Health Ctr_** **_Chicago IL  60606_** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 3,917.33 | $ 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 3,917.33 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and social security | $ | 457.17 | $ 0.00 |
|    b. Insurance | $ | 383.50 | $ 0.00 |
|    c. Union dues | $ | 58.50 | $ 0.00 |
|    d. Other (Specify): **_Child Support_** | $ | 795.17 | $ 0.00 |
|                   **_State Pension_** | $ | 177.67 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,872.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,045.33 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | 2,045.33 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $        2,045.33 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re _Timothy Miskell_____,          Case No. _____
                    **Debtor(s)**                                        (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 775.00 |
|     a. Are real estate taxes included?   Yes ☐   No ☒ | | |
|     b. Is property insurance included?   Yes ☐   No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 100.00 |
|     b. Water and sewer | $ | 0.00 |
|     c. Telephone | $ | 0.00 |
|     d. Other   _Cell Phone_ | $ | 80.00 |
|     Other   _Internet-Cable_ | $ | 28.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 425.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 60.00 |
| 8. Transportation (not including car payments) | $ | 120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 85.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 7.00 |
|     b. Life | $ | 31.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 0.00 |
|     e. Other   _Health Club_ | $ | 22.00 |
|     Other   _Pet care-expenses-tags_ | $ | 40.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other: | $ | 0.00 |
|     c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:   _Personal care items & grooming_ | $ | 30.00 |
|     Other:   _Newspapers, subscription misc_ | $ | 40.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 1,983.00 |
|     and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 16 of Schedule I | $ | 2,045.33 |
|     b. Average monthly expenses from Line 18 above | $ | 1,983.00 |
|     c. Monthly net income (a. minus b.) | $ | 62.33 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Timothy Miskell*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $     26,874.00 | | |
| C-Property Claimed as     Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured     Claims | *Yes* | *1* | | $          0.00 | |
| E-Creditors Holding     Unsecured Priority Claims     (Total of Claims on Schedule E) | *Yes* | *2* | | $          0.00 | |
| F-Creditors Holding     Unsecured Nonpriority Claims | *Yes* | *23* | | $     188,596.00 | |
| G-Executory Contracts and     Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual     Debtor(s) | *Yes* | *1* | | | $      2,045.33 |
| J-Current Expenditures of     Individual Debtor(s) | *Yes* | *1* | | | $      1,983.00 |
| TOTAL | | *35* | $     26,874.00 | $     188,596.00 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Timothy Miskell*

Case No.

Chapter **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *0.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *2,045.33* |
| Average Expenses (from Schedule J, Line 18) | $ *1,983.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *3,727.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *0.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *188,596.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *188,596.00* |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Timothy Miskell_                                                      Case No. _____
                         Debtor                                                          (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___36___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _2/5/2010_____          Signature _/s/ Timothy Miskell_____
                                                   _Timothy Miskell_




[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:*Timothy Miskell*

Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *Year to date:$4,163.85* | *2010 Wages from employment* |
| *Last Year:$45,738.68* | *2009 Same* |
| *Year before:$39,375.00* | *2008 Same* |

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None ☒    Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *HSBC Nevada vs. Timothy Miskell 07 SR 0025* | *Collection* | *DuPage Cpunty Circuit court* | *Judgment entered and wage deduction order issued* |
| *State Farm as subrogee for Hunt-Mobley vs. Timothy Miskell 09 SR 1354* | *Property damage from auto accident* | *Will County Circuit Court* | *Judgment entered* |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None
☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass* *Address:* *2021 Midwest Road* *Oak Brook, IL 60521* | *Date of Payment:* *Payor: Timothy Miskell* | *$850.00* |

### 10. Other transfers

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or

other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

## 12. Safe deposit boxes

None

☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

## 13. Setoffs

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not  filed.)

## 14. Property held for another person

None

☒

List all property owned by another person that the  debtor  holds  or  controls.

## 15. Prior address of debtor

None

☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address  of  either spouse.

## 16. Spouses and Former Spouses

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☒   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☒   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒ | a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *02/05/2010*                          Signature  */s/ Timothy Miskell*
                                            of Debtor

Date  _____                   Signature  _____
                                            of Joint Debtor
                                            (if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Timothy Miskell*

Case No.

Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. |
|---|

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes        ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *02/05/2010*          Debtor:  */s/ Timothy Miskell*

Date: _____          Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *Timothy Miskell*

Case No.

Chapter **7**

_____ / Debtor

Attorney for Debtor: **Richard S. Bass**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a) For legal services rendered or to be rendered in contemplation of and in
       connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *850.00*
    b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *850.00*
    c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $ _____*299.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
       file a petition under title 11 of the United States Code.
    b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
       court.
    c) Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *02/05/2010*                    Respectfully submitted,


                    X */s/ Richard S. Bass* _____
Attorney for Petitioner: *Richard S. Bass*
                         *Law Office of Richard S. Bass, LTD.*
                         *2021 Midwest Road*
                         *Oak Brook IL  60521*

                         *630-953-8655*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Timothy Miskell*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:  **Richard S. Bass**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *02/05/2010*

*/s/ Timothy Miskell*
Debtor

Addison & Associates Collect
Attn:  Collections
PO BOX  88850
Carol Stream, IL  60188

Adventist Hinsdale Hospital
Attn:  Patient Accts
120 N. Oak St
Hinsdale, IL  60521

Advocate Good Samaritan Hosp
Attn:  Patient Accounts
3815 Highland Ave
Downers Grove, IL  60515

Advocate Illinois Masonic Ctr
Attn:  Patient Accounts
836 W. Wellington Ave
Chicago, IL  60657

Albert C Song MD
Attn:  Patient Accts
333 Madison
Joliet, IL  60435

Alexandria Prisco MA
Attn:  Patient Accts
1520 Rock Run Dr
Crest Hill, IL  60403

Ali M Mohiuddin MD
Attn:  Patient Accts
257 N. Schmidt Rd
Bolingbrook, IL  60440

Ami Shah DDS
Attn:  Patient Accts
968 Brook Forest Ave
Shorewood, IL  60436

Arnold Scott Harris, P.C.
RE:  City of Chicago
600 W. Jackson Blvd, #450
Chicago, IL  60661

Asset Acceptance LLC
RE:  Target
PO BOX  2036
Warren, MI  48090-2036

Associated Pathology Cons
Attn:  Patient Accts
801 S. Washington St
Naperville, IL  60540

Associated Recovery System
RE:  Capital One
PO BOX  469046
Escondido, CA  92046-0765

Associated Recovery Systems
RE:  Target
PO BOX  469046
Escondido, CA  92046-0765

Berwyn Emergency Physicians
Attn:  PAtient Accts
75 Remittance Dr  #1209
Chicago, IL  60675

Blatt Hasenmiller Leibsker et
RE:  HSBC Nevada
125 S. Wacker Dr  #400
Chicago, IL  60606-4440

Bolingbrook Healthcare Assoc
Attn:  PAtient Accts
391 Quadrangle Drive,  #N-7
Bolingbrook, IL  60440

Brian D Smith MD
Attn:  Patient Accts
950 N York Rd
Hinsdale, IL  60521

Brian Del Carlo DDS
Attn:  Patien Accts
1043 Curtiss
Downers Grove, IL  60515

Capital One
Attn:  Bankruptcy Dept
P.O. BOX  5155
Norcross, GA  30091

Carmel Financial Corp
Attn:  Bankruptcy Dept
PO Box 1127
Carmel, IN  46082-1127

Center for Surgery
Attn:  Patient Accts
475 E. Diehl Rd
Naperville, IL  60563

Central Credit Services Inc.
RE:  Nuvell National Auto
PO BOX  15118
Jacksonville, FL  32239

Charles H Spencer
Attn:  PAtient Accts
4440 W 95th St
Oak Lawn, IL  60453

Chase
Attn:  Bankruptcy Dept
PO BOX  15298
Wilmington, DE  19850-5298

Childrens Specialized Pediatrics
Attn:  Patient Accts
35422 Eagle Way
Chicago, IL  60678

Christopher Sinnappan  MD
Attn:  Patient Accts
1460 Bond St
Naperville, IL  60563

CIT Bank/Dell Financial Ser
Attn:  Bankrupytc Dept
12234 N IH 35 SB, Bldg B
Austin, TX  78753

City of Joliet
Attn:  Collections
150 W. Jefferson St
Joliet, IL  60432

City of Naperville
Attn:   Collection Dept
400 S. Eagle St
Naperville, IL  60540

Comcast
Attn:  Bankruptcy Dept
1711 E. Wilson St
Batavia, IL  60510-1470

Corwin Medical Care LTD
Attn:  Patient Accts
15722 S Route 59, Bldg142
Plainfield, IL  60544

Credit Protection Assoc
RE:  COMCAST
13355 Noel Rd, Suite 2100
Dallas, TX  75240

Daniel D Magdziarz MD
Attn:  Patient Accts
333 Madison St
Joliet, IL  60435

Darin E. Jordan MD
Attn:  Patient Accts
PO BOX  7003
Bolingbrook, IL  60440

David L. Mayor MD
Attn:  Patient Accts
39182 Treasury Ctr
Chicago, IL  60694

David Labotka MD
Attn:  Patient Accts
3742 Highland Ave
Downers Grove, IL  60515

Discover Card
Attn:  Bankruptcy Dept
PO BOX  30943
Salt Lake City, UT  84130

Downers Grove Fire Dept
Attn:  Collections
PO BOX  457
Wheeling, IL  60090

Dr. Aisha M. Jaleel MD
Attn:  Patient Accts
1252 E. Ogden Ace
Downers Grove, IL  60515

Dr. Ann Surdich Pitra OD
Attn:  Patient Accts
1000 E. Ogden Ave
Naperville, IL  60563

DuPage County Health Dept
Attn:  Collections
111 N County Farm Rd
Wheaton, IL  60187

DuPage Emergency Physicians
Attn:  Patient Accts
PO BOX  366
Hinsdale, IL  60522

DuPage Medical Group
Attn:  Patient Accts
1860 Paysphere Circle
Chicago, IL  60674

EM Strategies LTD
Attn:  Bankruptcy Dept
1111 E Warrenville Rd
Naperville, IL  60563

Estelle S. Fletcher MD
Attn:  Patient Accts
99 129th Infantry Dr
Joliet, IL  60435

Eugene M Villa MD
Attn:  Patient Accts
836 W Wellington Ave
Chicago, IL  60657

Farwell Real Estate Inc.
Attn:  Collections
8 W Campbell St, 2nd FL
Arlington Height, IL  60005

Financial Recovery Systems
Acct: Erin Capital Mgmt
PO Box 385908
Minneapolis, MN  55438-5908

Fred J. Schonberger MD
Attn:  Patient Accts
5101 Willow Springs Rd
La Grange, IL  60525

Gerber Collision & Glass
Attn:  Collections
500 W Lake Street
Elmhurst, IL  60126

Glenn Scheive DDS
Attn:  Patient Accts
1011 W Jefferson St
Joliet, IL  60435

Harry Chiles & Assoc
RE:  State Farm (Hunt-Mobley)
1737 S. Naperville Rd,  #207
Wheaton, IL  60189-5894

Henry C. Echiverri MD
Attn:  Patient Accts
3 S 517 Winfield Rd
Warrenville, IL  60555

Howard C Duncan  MD
Attn:  Patient Accts
25 W Winfield Rd
Winfield, IL  60190

Ignite Your Faith
Attn:  collections
PO BOX  37020
Boone, IA  50037-0020

IL Dept of Healthcare Assoc
Attn:  Patient Accts
99 129th Infantry Dr
Joliet, IL  60435

Illinois Dept of Child Support
Attn: Bankruptcy DEpt
509 S. Sixth St    Floor 6
Springfield, IL  62701

James Babiuk DDS
Attn:  Patient Accts
3209 Fiday Rd
Joliet, IL  60431

Javier M Ramirez DDS
Attn:  Patient Accts
850 Brook Forest
Shorewood, IL  60436

Joseph W Russell  DO
Attn:  Patient Accts
24600 W 127th St
Plainfield, IL  60585

Kathleen A Kester   DSW
Attn:  Patient Accts
1150 W Jefferson St
Joliet, IL  60435

Kathryn Kennedy DDS
Attn:  Patient Accts
331 W 63rd St
Westmont, IL  60559

Kathy M Gruzalski MD
Attn:  Patient Accts
3743 Highland Ave
Downers Grove, IL  60515

Kevin D Gallagher  DDS
Attn:  Patient Accts
15515 S Route 59
Plainfield, IL  60544

Kuhn,Mitchell,Moss, Mork et al
Attn:  Bankruptcy Dept
PO BOX  359
Naperville, IL  60566-0359

La Rabida Children's Hospital
Attn:  Patient Accounts
6501 S. Promontory Dr
Chicago, IL  60649

Laboratory & Pathology Diagnos
Attn:  Patient Accounts
Dept. 4387
Carol Stream, IL  60122-0001

Law Office Christopher Carroll
31 W. Downer Place
Suite 408
Aurora, IL  60506

Law Offices Elizabeth Krueger
Attn:  Bankrutcy Dept
305 Naperville Rd
Wheaton, IL  60187

Leonard S Piazza MD
Attn:  PAtient Accts
10 W Martin Ave
Naperville, IL  60540

Linden Oaks Medical Group
Attn:  PAtient Accts
801 S Washington St
Naperville, IL  60540

Lisa Coburn MSW
Attn:  Patient Accts
501 Ella Ave
Joliet, IL  60435

Loyola Univ Physicians Fdn.
Attn: Patient Accts
2160 S. First Ave  Bldg 105
Maywood, IL  60153

M&M Orthopedics
Attn:   Patient Accts
4115 Fairview Ave
Downers Grove, IL  60515

MacNeal Emergency Physicians
Attn:  Patient Accts
3429 Oak Park Ave
Berwyn, IL  60402

MacNeal Hospital
Attn: Patient Accts
3429 Oak Park Ave
Berwyn, IL  60402

Maleeha A Ahsan MD
Attn:  Patient Accts
1341 Warren Ave
Downers Grove, IL  60515

Marek Rudnicki MD
Attn:  Patient Accts
3000 N. Halsted St  #500
Chicago, IL  60657

Maria Stewart, Psyd
Attn:  Patient Accts
1047 S York Rd
Elmhurst, IL  60126

MarionJoy Rehab Hospital
Attn:  Patient Accts
5602 Eagle Way
Chicago, IL  60678

Mark R. Ottolin MD
Attn:  Patient Accts
100 Spalding Dr
Naperville, IL  60540

MCDonough Distr Hosp ER
Attn:  Patient Accts
525 E Grant St
Macomb, IL  61455

Michael J. Steinken MD
Attn:  Patient Accts
3743 Highland Ave
Downers Grove, IL  60515

Michael M Gelbort PHD
Attn:  Patient Accts
2714 Caton Farm Rd
Joliet, IL  60435

Michael J. Pretchel, MD
Attn:  Patient Accts
1860 Paysphere Circle
Chicago, IL  60674

Midstate Collection Solutions
RE:  Naperville Towing
PO BOX  3292
Champaign, IL  61826-3292

Midwest Diagnostic Pathology
Attn:  Patient Accts
75 Remittance Dr, #3070
Chicago, IL  60675-3070

Midwest Heart Specialists
Attn:  Patient Accts
1919 S. Highland Ave, #118 C
Lombard, IL  60148

Mohammed Z Sait MD
Attn:  Patient Accts
2340 S Highland
Lombard, IL  60148

Naperville Ear, Nose & Throat
Attn:  Patient Accounts
10 W Martin Ave, Ste 260
Naperville, IL  60540-6547

Naperville Psychiatric
Attn:  Patient Accts
801 S Washington St
Naperville, IL  60540

Naperville Radiologist
Attn:  Patient Accts
801 S Washington St
Naperville, IL  60540

National Credit Audit Corp
RE:  Ignite Your Faith
8512 Allen Rd
Peoria, IL  61615

Neurological Care Specialists
Attn:  Patient Accts
333 Chestnut St,  #102
Hinsdale, IL  60521

North Shore Agency
RE:  Outdoor Photographer
751 Summa Ave
Westbury, NY  11590

Nuvell Credit Corp
Attn:  Bankruptcy Dept
PO BOX  7100
Little Rock, AR  72223-7100

Nuvell Financial
Attn Bankruptcy Dept
PO Box 2365
Memphis , TN  38101-2365

Oxford Management Services
RE:  Dell Financial
CS 9018
Melville, NY  11747

Paul A Lukawski  DDS
Attn:  Patient Accts
23959 W Renwick Rd
Plainfield, IL  60544

Paul A. Freier MD
Attn:  Patient Accts
11 Salt Creek Lane
Hinsdale, IL  60521

Paula Green  MD
Attn:  Patient Accts
3 Erie Court
Oak Park, IL  60302

Paulette C Trumm MD
Attn:  Patient Accts
210 N Hammes Ave
Joliet, IL  60435

Peter D Analytis MD
Attn:  Patient Accts
801 N Larkin Ave
Joliet, IL  60435

Philip S. Leung MD
Attn:  Patient Accts
903 129th Infantry Dr
Joliet, IL  60435

Playboy Magazine
PO Box 2007
Harlan, IA  51593-0222

Prairie Dental LTD
Attn:  Patient Accts
23959 W Renwick Rd,  #B
Plainfield, IL  60586

Prairie Emergency Phys
Attn:  Bankruptcy Dept
PO BOX  189016
Plantation , FL  33318-9016

Provena Health
Attn:  Patient Accounts
1325 N. Highland Ave
Aurora, IL  60506

Proven St. Joseph Medical Ctr
Attn:  Patient Accts
333 N. Madison St
Joliet, IL  60435-6595

Quest Diagnostic
Attn:  Patient Billing
1355 Mittel Blvd
Wood Dale, IL  60191-1024

Radiologists of DuPage SC
Attn:  Patient Accts
520 E. 22nd Street
Lombard, IL  60148

Riaz A. Baber, MD, SC
Attn:  Patient Accts
PO BOX  1446
Aurora, IL  60507

Riverside Psychiatric&Counsel
Attn:  Patient Accts
1341 Warren Ave
Downers Grove, IL  60515

Satish Patel MD
Attn:  Patient Accts
PO BOX  7003
Bolingbrook, IL  60440

Shindler Law
RE:  Erin Capital Management
1990 E. Algonquin Rd, #180
Schaumburg, IL  60173

Silver Cross Hospital
Attn:  Patient Accounts
1200 Maple Road
Joliet, IL  60432

Smith Perry Eye Center
Attn:  Patient Accts
950 N York Rd
Hinsdale, IL  60521

Stephen Steinmetz OD
Attn:  Patient Accts
1000 E. Ogden Ave
Naperville, IL  60563

Steve N. Vulich MD
Attn:  Patient Accts
333 Madison
Joliet, IL  60432

Sujal Panchel MD
Attn:  Patient Accts
1106 Neal Ave
Joliet, IL  60433

Sunrise Credit Services, Inc.
RE:  Playboy
260 Airport Plaza
Farmingdale, NY  11735

Superior Air Ground Ambulance
Attn:  Patient Accts
395 W Lake St
Elmhurst, IL  60126

Surbhi P Shah MD
Attn:  Patient Accts
181 Fernwood Dr
Bolingbrook, IL  60440

Target Financial Services
Attn:  Bankruptcy Dept
Mail Stop 3C-K, PO BOX  9475
Minneapolis, MN  55440

Tehming Liang MD  PHD
Attn:  Patient Accts
580 E Boughton  #A
Bolingbrook, IL  60440

The Billing Center
RE:  Fortune
PO BOX  60001
Tampa, FL  33660-0001

The C.O.S. Joliet Inc.
Attn:  Patient Accts
3209 Fiday Rd
Joliet, IL  60431

Thomas Lambert
Attn:  Patient Accts
525 S Washington St
Naperville, IL  60540

Troy Fire Protection District
Attn:  Collections
107 W Jefferson St
Shorewood, IL  60431

Union Plus AFSCME
Attn:  Bankruptcy Dept
PO BOX  80027
Salinas, CA  93912-0027

Village Clarendon Hills Fire
Attn:  Collections
One North Prospect
Clarendon Hills, IL  60514

Wajid A Khan MD
Attn:  Patient Accts
200 N. Hammes
Joliet, IL  60435

Will County Comm Health Ctr
Attn:  Collections
501 Ella
Joliet, IL  60433

Wish Holdings/Trauma One
Attn:  Patient Accts
2801 Finley Rd  #220
Downers Grove, IL  60515

Woodridge Clinic
Attn:  Patient Accts
7530 Woodward Ave  #A
Woodridge, IL  60517

York ENT Surgical Consultants
Attn:  Patient Accts
950 York Rd
Hinsdale, IL  60521

Zewdu Haile MD
Attn:  Patient Accts
135 N Oak St
Hinsdale, IL  60521